**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Broderick Marshall v. The State of Texas

Appellate case number:    01-17-00928-CR

Trial court case number:  1498078

Trial court:                      230th District Court of Harris County

The *Anders* brief filed in this case is struck. To the extent appellant's counsel contends there is no non-frivolous argument to be made concerning the admission of extraneous-offense evidence over appellant's objection, the *Anders* brief shall be re-filed with a legal analysis, including citation to applicable legal authority, to support that conclusion. *See* Tex. R. App. P. 38.9(b); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008); *Banks v. State*, 341 S.W.3d 428, 431 (Tex. App.—Houston [1st Dist.] 2009, no pet.).

The corrected *Anders* brief shall be filed **within 30 days of the date of this order**.

It is so ORDERED.

Judge's signature: ___/s/ Michael Massengale_____
                              ☒ Acting individually     ☐ Acting for the Court


Date:  _December 6, 2018_____